JS-4

FILED
CLERK, U.S. DISTRICT COURT

JAN 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCREEN ACTORS GUILD, INC.,          )      No. CV 09-1472 CBM (JCx)
                                    )
              Petitioner,           )
                                    )
v.                                  )
                                    )
SMOKE TREE PRODUCTIONS,             )      JUDGMENT
LLC, ET AL.                         )
                                    )
              Respondents.          )
                                    )

      In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment be set forth on a separate document), and consistent with this Court's Order of January 6, 2011, granting Petitioner Screen Actors Guild, Inc's ("Petitioner") Motion to for Order Confirming Arbitration Award, IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Petitioner and against Respondents Smoke Tree Productions, LLC ("Smoke Tree"), The Global Asylum, Inc. ("Global"), Garibaldi Productions, LLC, and Vanguard International Cinema, Inc. (collectively, "Respondents," unless identified individually).

//

1

IT IS FURTHER ORDERED THAT:

1.  Smoke Tree shall pay to Petitioner, on behalf of performers in the Picture, the sum of $34,258.90;

2.  Respondents shall pay, in joint and several liability, to Petitioner, on behalf of performers in the Picture, the sum of $53,500.00;

3.  Respondents shall pay, in joint and several liability, to Petitioner the costs incurred in this action, which are to be determined by the Clerk of Court;

4.  Petitioner is granted an assignment of Respondents' accounts receivable from the distribution, exhibition, exploitation, or other use of the Picture anywhere in the world until the amounts due are paid in full;

5.  The parties, including Petitioner, are to split the $500 arbitrator's fee; and

6.  Global shall pay $1,350.00 to Petitioner no later than ten (10) days from the date of the Court's Order of January 6, 2011, which imposed sanctions on Global pursuant to the Court's Order to Show Cause.

DATED:   January 6, 2011                    By_____
                                              CONSUELO B. MARSHALL
                                              UNITED STATES DISTRICT JUDGE

2